## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AKQA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV234 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| INFOUSA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's "Notice of Withdrawal" (Filing No. 31). In such Notice, the defendant requests the court enter an Order granting the withdrawal of attorneys Michael C. Cox and John M. Lingelbach. InfoUSA, Inc. is represented in this case by other counsel from the firm of Fraser, Stryker, Meusey, Olson, Boyer & Bloch, P.C. **See** Filing No. 30. The Court finds the movant has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The Notice of Withdrawal of Michael C. Cox and John M. Lingelbach (Filing No. 31) as counsel for the defendant infoUSA, Inc. is granted.

2. The Clerk of Court shall stop all electronic notices to Michael C. Cox and John M. Lingelbach regarding this case.

DATED this 4th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge