# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AKQA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:04CV234 |
| vs. | ) | |
| | ) | ORDER |
| INFOUSA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion and with the agreement of the parties, the settlement conference previously set for October 12, 2005, at 9:00 a.m. is cancelled and is **rescheduled for October 13, 2005, at 9:00 a.m.** before the undersigned magistrate judge. Other than the date and time change of the settlement conference, all other provisions of the Court's Order of April 12, 2005, remain in force.

**IT IS SO ORDERED.**

DATED this 5th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge