IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AKQA, Inc., | ) | Case No. 8:04CV234 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| *info*USA, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court pursuant to the parties' Joint Motion to Dismiss with Prejudice. Having review the Motion, and being fully advised of the premises,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

Dated this 20th day of October, 2005.

s/ Joseph F. Bataillon
United States District Judge

396599.01